UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN ALAN PETERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUNOZ, et al.,<br><br>　　　　　Defendants. | Case No.  1:13-cv-02031-LJO-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS REGARDING DISMISSAL OF JOSE MUNOZ LVN AND ORDERING SERVICE ON JOSE MUNOZ RN**<br><br>**(Docs. 22, 23, 25)** |

Plaintiff, Dwain Alan Peters, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 12, 2013. (Doc. 1.)  The Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A (Doc. 12) and found that it states a cognizable claim for relief under section 1983 against defendant "Jose Munoz, Registered Nurse" for deliberate indifference in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); *Swierkiewicz v. Sorema N. A.*, 534 U.S. 506, 512-15 (2002); *Austin v. Terhune*, 367 F.3d 1167, 1171 (9th Cir. 2004); *Jackson v. Carey*, 353 F.3d 750, 754 (9th Cir. 2003); *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

Unfortunately, apparently "Jose Munoz, Licensed Vocational Nurse ("LVN")" was errantly served instead of "Jose Munoz, Registered Nurse ("RN")."  (Docs. 16, 17.)  Thus, on August 1, 2014, Plaintiff filed two motions notifying the Court that the wrong "Jose Munoz" had been served and requesting that "Jose Munoz, LVN" be dismissed from this action and that "Jose Munoz, RN" be served.  (Docs. 22, 23.)  In accordance with Rule 41(a)(1)(A), Defendant Jose

1

Munoz, LVN stipulates to his dismissal with each party to bear their own costs and fees. (Doc. 25.) Defense counsel further indicated that, though they are not able to accept service on behalf of Jose Munoz RN, the attorney who will be representing Jose Munoz RN, Kimberlei Evans, Esq. of Lewis, Brisbois, Bisgaard, & Smith LLP, has agreed to accept service on behalf of Jose Munoz RN.

Accordingly, IT IS HEREBY ORDERED that:

(1) Plaintiff's motions requesting dismissal of Defendant Jose Munoz, LVN and service on Defendant Jose Munoz, RN, filed August 1, 2014 (Docs. 22, 23) are GRANTED;

(2) Defendant "Jose Munoz, LVN" is dismissed from this action;

(3) the Clerk's Office is ordered to terminate "Jose Munoz, LVN" from this action;

(4) The Clerk's Office is directed to prepare service documents for service and to forward the packet to the United States Marshal for service on Jose Munoz, RN via Kimberlei Evans, Esq. of Lewis, Brisbois, Bisgaard, & Smith LLP, 333 Bush Street, Suite 1100, San Francisco, CA  94104, telephone (415) 438-6623, facsimile (415) 434-0882; and

(5)  the Discovery and Scheduling Order, which issued on June 2, 2014 (Doc. 20) is hereby VACATED.  The Court will issue a new discovery order in due time.

IT IS SO ORDERED.

Dated:   **August 21, 2014**                        /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE

2