# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN ALAN PETERS, | 1:13-cv-02031-LJO-JLT (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES |
| v. | |
| SHERMAN, et al., | |
| Defendants. | (Doc. 31) |
| | 21-DAY DEADLINE |

Plaintiff initiated this action while a prisoner and is proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  On May 29, 2015, Defendants filed a motion to compel responses from Plaintiff to their special interrogatories as well as their requests for production and upon which they seek monetary sanctions.  (Doc. 31.)  On June 22, 2015, Plaintiff filed a motion for a six month extension of time.  (Doc. 32.)  However, on July 2, 2015, an order issued denying his motion without prejudice for lack of specificity.  (Doc. 33.)  To date, Plaintiff has filed nothing further.  Plaintiff is being given one last opportunity to file an opposition or a statement of non-opposition to the motion within 21 days of the date of service of this order.  Local Rule 230(*l*).  Failure to do so will be viewed as a lack of prosecution of this action and will result in a recommendation the matter be dismissed.

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion to compel discovery **within 21 days** from the date of service of this order; and

2. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **August 3, 2015**               **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE